AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Northern District of California

| | |
|---|---|
| EMMETT COLLINS III | ) |
| _____ | ) |
| Plaintiff | ) |
| COUNTY OF ALAMEDA, Alameda County | ) Civil Action No. |
| _____ | ) **C08-02522** |
| Defendant | ) |
| Sheriff's Deputy R. PECK; Alameda | ) |
| County Sheriff's Deputy S. SORENSEN; | |
| DOES 1 - 25, inclusive | **Summons in a Civil Action** |

SEE ATTACHED FOR DEFENDANTS' NAMES/ADDRESSES

To: _____

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John L. Burris  CSB#69888        (510) 839-5200
Law Offices of John L. Burris
7677 Oakport Street. Suite 1120
Oakland, CA 9462l

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MAY 1 9 2008**

Date: _____

Richard W. Wieking
_____
Name of clerk of court

CYNTHIA LENAHAN
_____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

COUNTY OF ALAMEDA
1221 Oak Street
Oakland, CA  94612

R. PECK
Alameda County Sheriff's Department
c/o Internal Affairs
1401 Lakeside, 7th Floor
Oakland, CA  94612

S. SORENSEN
Alameda County Sheriff's Department
c/o Internal Affairs
1401 Lakeside, 7th Floor
Oakland, CA  94612